AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☑ Duplicate Original



FILED
DISTRICT COURT OF GUAM
APR 25 2023
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Information associated with Google accounts llarmawhal@gmail.com and llarmawhal2@gmail.com that are stored at premises owned by Google, LLC (See Attachment A) )

Case No. MJ-23-00041

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

Information associated with Google accounts llarmawhal@gmail.com and llarmawhal2@gmail.com that are stored at premises owned by Google, LLC. Property is further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____April 7, 2023_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

BP

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____MICHAEL J. BORDALLO_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial) and reasonable necessity supports the seizure. Therefore, I authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1605 3-24-23     MICHAEL J BORDALLO
                                        *Judge's signature*

City and state: Hagatna, Guam           MICHAEL J. BORDALLO, U.S. Magistrate Judge
                                        *Printed name and title*

ORIGINAL

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ-23-00041 | 3-25-23 1421HRS | SENT ELECTRONICALLY TO GOOGLE'S LERS SYSTEM |

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

GOOGLE RESPONDED TO THE SEARCH WARRANT ON APRIL 18TH, 2023. THEY PROVIDED A LARGE NUMBER OF COMPUTER FILES INCLUDING VIDEOS, BILLING, & OTHER RELATED INFORMATION

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-25-23

Executing officer's signature

STEVE CAVITT HSI SA
Printed name and title

4/25/23

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the following Google accounts:

a. **Subject Account-1**: Google account llarmawhal@gmail.com;
b. **Subject Account-2**: Google account llarmawhal2@gmail.com;

and collectively referred to as the Subject Accounts which are stored at a premises owned, maintained, controlled, or operated by Google LLC ("Google" or "Provider"), headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043. Google receives legal process via their Law Enforcement Portal.

1

# ATTACHMENT B

## Particular Things to be Seized

### I. Information to be disclosed by Google LLC (the "Provider")

A. To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose to the government for each account or identifier listed in Attachment A the following information for the time period of account inception, to the date of the execution of the search warrant:

1. All business records and subscriber information, in any form kept, pertaining to the Accounts, including:

    a. Names (including subscriber names, user names, and screen names);
    b. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);
    c. Telephone numbers, including SMS recovery and alternate sign-in numbers;
    d. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;
    e. Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers;
    f. Length of service (including start date and creation IP) and types of service utilized;
    g. Means and source of payment (including any credit card or bank account number); and
    h. Change history.

2. All device information associated with the Accounts, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;
3. Records of user activity for each connection made to or from the Accounts, including, for all Google services, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed Google service, and all activity logs.

2

4. The contents of all emails and chat messages associated with the Accounts, including stored or preserved copies of emails or chat messages sent to and from the Accounts, draft emails, the source and destination addresses associated with each email or chat message, the date and time at which each email or message was sent or received, attachments to any e-mail or message sent or received, the size and length of each email, and true and accurate header information including the actual IP addresses of the sender and recipients of the emails.

5. The contents of all records associated with the account in Google Drive (including Docs, Sheets, Forms, and Slides) and Google Keep, including: files, folders, media, notes and note titles, lists, applications, and other data uploaded, created, stored, or shared with the account including drafts and deleted records; third-party application data and backups; SMS data and device backups; the creation and change history of each record; accounts with access to or which previously accessed each record; any location, device, other Google service (such as Google Classroom or Google Group), or third-party application associated with each record; and all associated logs, including access logs and IP addresses, of each record.

6. The contents of all media associated with the account in Google Photos, including: photos, GIFs, videos, animations, collages, icons, or other data uploaded, created, stored, or shared with the account, including drafts and deleted records; accounts with access to or which previously accessed each record; any location, device, or third-party application data associated with each record; and all associated logs of each record, including the creation and change history, access logs, and IP addresses.

7. All Internet search and browsing history, and application usage history, including Web & App Activity, Voice & Audio History, Google Assistant, and Google Home, including: search queries and clicks, including transcribed or recorded voice queries and Google Assistant responses; browsing history, including application usage; bookmarks; passwords; autofill information; alerts, subscriptions, and other automated searches, including associated notifications and creation dates; user settings; and all associated logs and change history.

8. The contents of all text, audio, and video messages associated with the account, including Chat, Duo, Hangouts, Meet, and Messages (including SMS, MMS, and RCS), in any format and however initially transmitted, including, but not limited to: stored, deleted, and draft messages, including attachments and links; the source and destination addresses associated with each communication, including IP addresses; the size, length, and timestamp of each communication; user settings; and all associated logs, including access logs and change history.

9. Any records pertaining to the user's contacts, including: address books; contact lists; social network links; groups, including Google Groups to which the user belongs or communicates with; user settings; and all associated logs and change history.

3

10. Any records pertaining to the user's calendar(s), including: Google Calendar events; Google Tasks; reminders; appointments; invites; and goals; the sender and recipients of any event invitation, reminder, appointment, or task; user settings; and all associated logs and change history.

11. Payment information, including billing address, shipping address, and payment instruments, associated with any Google Pay, Google Wallet, or Google service used by the Account.

12. All records pertaining to communications between Google and any person regarding the Account, including contacts with support services and records of actions taken.

B. The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

**II. Information to be seized by the government:**

A. All information described above in Section I that constitutes contraband or evidence, fruits, or instrumentalities of violations of 18 U.S.C § 2251(a) – Sexual Exploitation of Children, 18 U.S.C. § 2252A(a)(2) – Receipt or Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) – Possession of or Accessing with Intent to View Child Pornography, 18 U.S.C. § 2261A(2)(B) – Cyber Stalking, and 18 U.S.C § 2422(b) – Coercion and Enticement of a Minor, collectively referred to as the "Target Offenses," for the time period of account inception, to the date of the execution of the search warrant, including the following:

1. Messages, communications, records, and files associated with or attached to email or chat messages, and transactional data that constitute evidence of, or that may have been used to facilitate, or that were capable of being used to commit or further, violations of the Target Offenses and to create, access, or store evidence of such crimes.
2. Images, videos, and other files depicting children fully or partially naked and/or engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256.
3. Communications that pertain to or that are evidence of the production, advertisement, distribution, receipt, or possession of child pornography, or accessing with the intent to view child pornography, that involve the coercion of a minor, or that involve threatening or intimating language of any person consistent with cyberstalking.

4

4. Information relating to who created, used, or communicated with the account, including records about their identities and whereabouts.

5. Information indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner.

6. Information indicating the Account owner's and user's state of mind as it relates to the crimes under investigation.

**III. Search procedure:**

A. The warrant will be executed under the Electronic Communications Privacy Act, in particular 18 U.S.C. § 2703(a), (b)(1)(A), and (c)(1)(A), and will require Google to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of this attachment.

B. During its review of the information received from Google under this warrant, law enforcement will segregate the information into two groups: (i) information that is responsive to the warrant and that the government may therefore seize; and (ii) information that is not responsive to the warrant. This review will be performed within a reasonable amount of time not to exceed 180 days from the date of execution of the warrant. If the government needs additional time to conduct this review, it may seek an extension of the time period from the Court.

C. Information that is responsive to the warrant will be copied onto a separate storage device or medium. Responsive information may be used by law enforcement in the same manner as any other seized evidence. Information that is not responsive to the warrant will be sealed and stored on a secure medium or in a secure location. Nonresponsive information will not be reviewed again without further order of the Court (e.g., subsequent search warrant or order to unseal by the district court).

D. The government will retain a complete copy of the information received from Google for a number of reasons, including proving the authenticity of evidence to be used at trial, responding to questions regarding the corruption of data, establishing the chain of custody of data, refuting claims of fabricating, tampering, or destroying data, and addressing potential exculpatory evidence claims where, for example, a defendant claims that the government avoided its obligations by destroying data or returning it to a third party.

**IV. Directions on production of child sexual abuse imagery by Google:**

Pursuant to Google's Law Enforcement Portal, any legal request that requests that Google produce content that includes child sexual abuse imagery should include detailed directions from the court as to how Google should handle the production. As such, Notwithstanding Title 18, United States Code, Section 2252A, Google shall disclose responsive data, if any, by delivering encrypted files through Google's Law Enforcement Request System.